UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

THOMAS G. LAUSMAN,

    Plaintiff,

v.                                                                         Case No. 22-C-256

MIDLAND CREDIT MANAGEMENT, INC.,

    Defendant.

## ORDER

        The Court has been advised by counsel that a settlement has been reached in this action. All that remains to be done is the execution of documents and/or delivery of funds, if so required, in accordance with the parties' agreement. Therefore, all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED**.

        **IT IS ORDERED** that within sixty (60) days from the date of this order, counsel shall file a motion to dismiss this cause or a stipulation of dismissal. Failure to comply with this order may result in dismissal with prejudice pursuant to Civil Local Rule 41(c) for failure to prosecute this action in a timely manner. Additional time to complete the execution of the settlement document may be granted if requested in writing prior to the expiration of this time period.

        Dated at Green Bay, Wisconsin this <u>12th</u> day of August, 2022.

                                                        s/ William C. Griesbach
                                                        William C. Griesbach
                                                        United States District Judge